COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Eugene Frazier, Jr.
Allen Correctional Center DOC No. 93296
3751 Lauderdale Woodyard Road
Kinder, LA 70648

**REHEARING ACTION: October 12, 2011**

**Docket Number: 11   00763-KH**

**STATE OF LOUISIANA
VERSUS
EUGENE FRAZIER, JR.**

**Writ Application from Sabine Parish Case No. 49586**

**<u>BEFORE JUDGES</u>:**

> **Hon. Oswald A. Decuir
> Hon. J. David Painter
> Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eugene Frazier, Jr.** has this day been

> **DENIED.**

cc: Hon. Don M. Burkett, Counsel for  the Respondent